## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

VAMSIDHAR VURIMINDI

:  No. 74 EM 2017

v.

HON. SHEILA WOODS-SKIPPER, HON.
DIANA ANHALT, CLERK, CT. COM. PL,
PHILA, CT. COM. PL, PHILA

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Review, Injunction and Declaratory Relief is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.